

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EMILIO VARGAS-GALLEGOS,<br><br>Defendant. | Case No. 2:21-CR-00043-AB<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On September 10, 2021, Defendant Emilio Vargas-Gallegos ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:21-CR-00413-AB. The Court appointed Adithya Mani of the Federal Public Defenders Office to represent Defendant.

///

///

///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

   A.   ☐   Defendant submitted to the Government's Request for Detention;

   B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   - History of warrants and failures to appear;
   - History of drug use.

   C.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)].  This finding is based on:

   - Nature of instant allegations;
   - Criminal history;
   - New convictions while on community supervision;
   - History of drug use.

III.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: September 10, 2021

/s/
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE